UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :  INDICTMENT
                                    :
DONALD TAYLOR,                      :  14 CRIM 337
                                    :
        Defendant.                  :
                                    :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

(Assaulting a Federal Officer)

The Grand Jury charges:

1. On or about April 25, 2014, in the Southern District of New York, DONALD TAYLOR, the defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of an agency in a branch of the United States Government while such officer and employee was engaged in and on account of the performance of official duties, and did inflict bodily injury, to wit, TAYLOR kicked and punched an on-duty United States Office of Veterans Affairs employee at a Veterans Affairs Medical Center facility in the borough of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 21 2014

**JUDGE RAMOS**

Manhattan, causing bruising on the body of that Veterans Affairs employee.

(Title 18, United States Code, Sections 111(a) and (b)).

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DONALD TAYLOR,

Defendant.

INDICTMENT

14 Cr.

(Title 18, United States Code,
Sections 111(a) and (b))

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

5/21/14 Filed Indictment. Case Assigned To J. Ramos

CRT USMS